## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:12CR156 ALM/KPJ |
| | § | |
| CHARLES QUIROLO | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 19, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Anand Varadarajand.

On July 9, 2014, Defendant was sentenced by the Honorable Amos Mazzant, United States District Judge, to a sentence of forty-three (43) months imprisonment followed by a three (3) year term of supervised release for the violation of 21 U.S.C. 846 and 841(b)(1)(A), Conspiracy to Possess with Intent to Manufacture and Distribute Methamphetamine. Defendant began his term of supervised release on October 28, 2016.

On January 4, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 25). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall report to the probation officer and shall submit a truthful and complete report within the first five days of the month; (2) Defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess,

use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (4) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the United States Probation Office, until such time as Defendant is released from the program by the probation officer; (5) Defendant shall obtain his GED.

The Petition alleges Defendant violated his conditions of release by: (1) failing to report as instructed to the United States Probation Office on May 22, 2018, June 1, 2018, June 8, 2018, and June 21, 2018, as well as reporting by the fifth of the month in August of 2018; (2) on June 19, 2018, Defendant admitted to using marijuana on or about May 31, 2018, and on June 26, 2018, Defendant submitted a urine specimen which tested positive for amphetamine, methamphetamine, and morphine; (3) on August 17, 2018, Defendant admitted to using amphetamine; on September 14, 2018, Defendant admitted to using methamphetamine on or about September 8, 2018; on August 21, 2018, Defendant submitted a urine specimen which tested positive for amphetamine and methamphetamine; (4) Defendant failed to report to On Scene Drug Screens to submit a urine specimen on July 2, 2018, July 6, 2018, July 11, 2018, July 17, 2018, July 23, 2018, July 26, 2018, August 1, 2018, August 6, 2018, August 10, 2018, August 15, 2018, August 27, 2018, September 12, 2018, October 27, 2018, December 11, 2018, December 14, 2018, and December 17, 2018; Defendant failed to call the Random UA Program on June 19, 2018, June 24, 2018, June 28, 2018, July 11, 2018, July 19, 2018, July 26, 2018, July 31, 2018, August 2, 2018, August 5, 2018, August 6, 2018, August 8, 2018, August 12, 2018, August 14, 2018, August 15, 2018, September 18, 2018, October 3, 2018, October 8, 2018, October 21, 2018, November 22, 2018, and December 16, 2018; (5) Defendant failed to make efforts to obtain his GED as instructed.

At the hearing, Defendant entered a plea of true to allegations (1) and (4). Defendant waived

2

his right to allocute before the district judge and his right to object to the report and recommendation of this Court.  The Court finds that Defendant has violated the terms of his supervised release.

The Court recommends that Defendant be sentenced to three (3) months of home confinement followed by three (3) months of supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the June 19, 2019 hearing, the Court recommends that Defendant be sentenced to three (3) months of home confinement followed by three (3) months of supervised release.

**SIGNED this 21st day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

3

4